[No. 16275–6–I.   Division One.   July 7, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. BRENT
G. LARSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–8–04077–9, Anthony P. Wartnik, J.,
entered July 24, 1985. *Dismissed* by unpublished per
curiam opinion.

[No. 15560–1–I.   Division One.   July 7, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JEAN
FRANCOIS FRENETTE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–00963–9, James D. McCutcheon, Jr., J.,
entered July 27, 1984. *Reversed* by unpublished per curiam
opinion.

[No. 15930–5–I.   Division One.   July 7, 1986.]

*In the Matter of the Marriage of* SYLVIA L.
WOOD, *Respondent, and* MERLE
JEROME WOOD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–3–11368–2, Faith Enyeart, J., entered January 17, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Grosse and Webster, JJ.

[No. 16245–4–I.   Division One.   July 7, 1986.]

*In the Matter of the Marriage of* COLLEEN LEMAGIE
CAMPBELL, *Respondent, and* WILLIAM JOHN
CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–3–05805–3, Nancy A. Holman, J., entered
March 7, 1985. *Reversed* by unpublished opinion per
Scholfield, C.J., concurred in by Williams and Webster, JJ.